■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANNE MCCUTCHEN, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about May 29, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Buckley and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MOORE, Also Known as JAMES JACKSON, Appellant. [855 NYS2d 366]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered April 20, 2006, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of 5½ years, unanimously affirmed.

Defendant's challenges to the prosecutor's summation are entirely unpreserved and we decline to review them in the interest of justice. As an alternative holding, we also reject them on the merits (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]). The court's curative actions were sufficient to prevent defendant from being prejudiced by anything in the summation.

Defendant's pro se arguments are without merit. Concur—Saxe, J.P., Nardelli, Buckley and Catterson, JJ.